UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------ x

| | |
|---|---|
| Louis Diaz, Gregory Korniloff and Jack Toal, on behalf of themselves and as representatives of the Class,<br><br>       Plaintiffs,<br><br>  v.<br><br>NBC Universal, Inc.,<br><br>       Defendant. | Civil Action No. 08-CV-00401 (CM)<br><br>*Electronically Filed*<br><br>**NOTICE RE NON-FILING OF VENUE MOTION** |

------------------------------------------------------------ x

In response to the request of the Court made during a telephonic hearing in this matter on January 23, 2008, defendant NBC Universal, Inc. gives notice that it is not filing a motion to transfer venue under 28 U.S.C. § 1404(a) at this time.

Dated: New York, New York
   January 25, 2008

              Respectfully submitted,

              DAVIS WRIGHT TREMAINE LLP

              By: _____/s/_____
                Robert D. Balin (RB5847)
                Deborah A. Adler (DA0909)

              1633 Broadway
              New York, New York 10019
              Telephone: (212) 489-8230
              Fax: (212) 489-8340

              Provisionally Admitted *Pro Hac Vice*

              Kelli L. Sager (Cal. Bar No. 120162)
              Andrew J. Thomas (Cal. Bar No. 159533)
              DAVIS WRIGHT TREMAINE LLP
              865 S. Figueroa Street, Suite 2400
              Los Angeles, California 90017-2566
              Telephone: (213) 633-6800
              Fax: (213) 633-6899

              Attorneys for Defendant NBC Universal, Inc.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                      : ss.:
COUNTY OF NEW YORK  )

        I, LESLIE MAJER, being sworn, say:  I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York.  On January 25, 2008, I caused to be served the within NOTICE RE NON-FILING OF VENUE MOTION by email and by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following at the last known address set forth after their name:

Dominic F. Amorosa
521 Fifth Avenue, Suite 3300
New York, New York 10175-3399
lawoffices@dfamorosa.com
(212) 406-7000

Carey & Associates LLC
521 Fifth Avenue, Suite 3300
New York, New York 10175-3399
mqc@CareyLitigation.com
(212) 758-0076

*Attorneys for Plaintiffs*

                                              _____
                                                 Leslie Majer

Sworn to before me this
25th day of January 2008.

_____
Notary Public
LINDA G. MOSCHETTI
Notary Public State of New York
No. 01MO4723235
Qualified in Bronx County
Term Expires August 31, 20 10

NYC 192649v1 0020040-000004