AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Louis Diaz, Gregory Korniloff and Jack Toal, on behalf of themselves and as Class repres.,

V.

NBC Universal, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-cv-

08 CV 00401

TO: (Name and address of Defendant)

NBC Universal, Inc.
30 Rockefeller Plaza, 2d Fl.
New York, NY 10112

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dominic F. Amorosa
521 Fifth Avenue, Suite 3300
New York, NY 10175-3399

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE  JAN 1 6 2008

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/23/2008 |
| NAME OF SERVER *(PRINT)* Alexander Carey | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 30 Rockefeller Center, 10th Floor New York, NY 10112

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

*[signature]*
VIN KNIGHT
1/23/08  5:00 pm

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/23/2008
Date

*Signature of Server*
ALEXANDER CAREY
202 West 107th Street, Apt 4R
New York, NY 10025
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.