LAWYERS

# Davis Wright Tremaine LLP

ANCHORAGE BELLEVUE LOS ANGELES NEW YORK PORTLAND SAN FRANCISCO SEATTLE SHANGHAI WASHINGTON, D.C.

1633 BROADWAY
NEW YORK, NY 10019-6708

TEL (212) 489-8230
FAX (212) 489-8340
www.dwt.com

## MEMO ENDORSED

January 25, 2008

BY FAX: (212) 805-6326

Hon. Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08
```

Re: *Diaz, et al. v. NBC Universal, Inc.*, Civ. Case No. 08-CV-00401 (CM)

Dear Judge McMahon:

This firm represents NBC Universal, Inc. in the above-referenced action. Pursuant to the Court's instructions during the telephonic hearing earlier in the week, we plan to move to dismiss the complaint and to file papers opposing plaintiffs' application for a preliminary injunction on February 1, 2008.

We would appreciate clarification on whether the Court would prefer that we file these as two separate briefs, each within the Court's twenty-five (25) page limit, or if the Court would prefer that we file one combined brief, which we would limit to thirty-five (35) pages.

Thank you for your consideration.

Respectfully yours,

Robert D. Balin

[Signature: Colleen McMahon 1/28/08]

cc: Dominic F. Amorosa
lawoffices@dfamorosa.com

Carey & Associates LLC
mqc@CareyLitigation.com
By email

NYC 192664v1 0020040-000004