UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
----------------------------------------------------------- x
Louis Diaz, Gregory Korniloff and Jack Toal,
on behalf of themselves and as representatives
of the Class,

                Plaintiffs,

        v.

NBC Universal, Inc.,

                Defendant.
----------------------------------------------------------- x

Civil Action No. 08-CV-00401 (CM)

**ORDER**

    IT IS HEREBY ORDERED that counsel for defendant NBC Universal, Inc. shall be permitted to file hard copies of the following exhibits to defendant's opposition to plaintiffs' application for injunctive relief and cross-motion to dismiss plaintiffs' complaint: (1) a time-coded DVD of the feature film "American Gangster" ("the Film"), and (2) an excerpted DVD that contains the statement at issue and relevant portions of the Film.

Dated:     New York, New York
             January 30, 2008

SO ORDERED

Colleen McMahon, USDJ

NYC 192880v1 0020040-000004

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08