UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------- x
Louis Diaz, Gregory Korniloff and Jack Toal, :
on behalf of themselves and as representatives : Civil Action No. 08-CV-00401 (CM)
of the Class, :
: *Electronically Filed*
                  Plaintiffs, :
:
vs. : **NOTICE OF MOTION**
: **TO DISMISS COMPLAINT**
NBC Universal, Inc., :
:
                  Defendant. :
------------------------------------------------------------- x

     PLEASE TAKE NOTICE that upon the annexed affidavit of Andrew J. Thomas, sworn to on January 31, 2008, and the exhibits annexed thereto, the accompanying Memorandum of Law and all other pleadings and proceedings, defendant NBC Universal, Inc. will move before the Honorable Colleen McMahon, United States District Judge, Southern District of New York, on a date and time to be set by the Court, for an order dismissing plaintiffs' Complaint with prejudice pursuant to Fed.R.Civ.P. 12(b)(6).

     PLEASE TAKE FURTHER NOTICE that pursuant to the Court's scheduling order, plaintiffs' answering papers, if any, shall be filed and served no later than February 6, 2008.

     PLEASE TAKE FURTHER NOTICE that upon the annexed affidavit of Andrew J. Thomas, sworn to on January 31, 2008, and the exhibits annexed thereto, the annexed Affidavit of Gabriela Garcia, sworn to on January 31, 2008, the annexed Affidavit of John Morici, sworn to on January 30, 2008, the annexed Affidavit of John V. Ledwith, Jr., sworn to on January 31, 2008, the accompanying Memorandum of Law and all other pleadings and proceedings, defendant NBC Universal, Inc. also opposes plaintiffs' application for injunctive relief.

Dated: New York, New York
      February 1, 2008

                DAVIS WRIGHT TREMAINE LLP

By:   /s/_____
      Robert D. Balin (RB5847)
      Deborah A. Adler (DA0909)

1633 Broadway
New York, New York 10019
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

Provisionally Admitted *Pro Hac Vice*

Kelli L. Sager (Cal. Bar No. 120162)
Andrew J. Thomas (Cal. Bar No. 159533)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Attorneys for Defendant NBC Universal, Inc.