UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------- x

Louis Diaz, Gregory Korniloff and Jack Toal, on behalf of themselves and as representatives of the Class,

                      Plaintiffs,

      v.

NBC Universal, Inc.,

                    Defendant.

------------------------------------------------------------- x

Civil Action No. 08-CV-00401 (CM)

*Electronically Filed*

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant NBC Universal, Inc. states that it is a non-public entity that is indirectly owned by the General Electric Company and Vivendi S.A., a publicly traded French company.

Dated: New York, New York
          February 1, 2008

                                          Respectfully submitted,

                                          DAVIS WRIGHT TREMAINE LLP

                                          By: ____/s/_____
                                                Robert D. Balin (RB 5847)
                                                Deborah A. Adler (DA 0909)

                                          1633 Broadway
                                          New York, New York 10019
                                          Telephone: (212) 489-8230
                                          Facsimile: (212) 489-8340

                                          Provisionally Admitted *Pro Hac Vice*

                                          Kelli Sager (Cal. Bar No. 120162)
                                          Andrew J. Thomas (Cal. Bar No. 159533)
                                          DAVIS WRIGHT TREMAINE LLP
                                          865 S. Figueroa Street, Suite 2400
                                          Los Angeles, California 90017-2566
                                          Telephone: (213) 633-6800
                                          Facsimile: (213) 633-6899

                                          Attorneys for Defendant NBC Universal, Inc.

NYC 192813v1 0020040-000004