UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------- x
Louis Diaz, Gregory Korniloff and :
Jack Toal, on behalf of themselves : Civil Action No. 08-CV-00401 (CM)
and as representatives of the Class, :
: *Electronically Filed*
        Plaintiffs, :
:
    vs. : **AFFIDAVIT OF**
: **GABRIELA GARCIA**
NBC Universal, Inc., :
:
        Defendant. :
-------------------------------------------------- x

STATE OF CALIFORNIA    )
                       : ss.:
COUNTY OF LOS ANGELES)

Gabriela Garcia, being duly sworn, deposes and says:

1.      I am Corporate Secretary of Universal City Studios LLLP, and I make this affidavit based upon personal knowledge or based upon my review of corporate records maintained in the ordinary course of business.

2.      The motion picture American Gangster was produced by Universal Pictures, a division of Universal City Studios LLLP. Universal City Studios LLLP is a Delaware limited liability limited partnership and is wholly owned indirectly by NBC Universal, Inc. Its principal place of business is in Universal City, California.

3.      American Gangster was distributed in the United States by Universal Film Exchanges LLLP, a Delaware limited liability partnership that also is an indirect, wholly owned

subsidiary of NBC Universal, Inc. The principal place of business of Universal Film Exchanges LLLP is in Universal City, California.



———————————————
Gabriela Garcia

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 31st day of January, 2008, by

__Gabriela Garcia_____,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

[Notary seal: Roxanna Toth Oxhorn, Commission # 1734379, Notary Public – California, Los Angeles County]