UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

Louis Diaz, Gregory Korniloff and  :
Jack Toal, on behalf of themselves  :
and as representatives of the Class,  :

Plaintiffs,  :

v.  :

NBC Universal, Inc.  :

Defendant.  :

------------------------------------------------------------- x

Civil Action No. 08-CV-00401 (CM)

*Electronically Filed*

## CERTIFICATE OF SERVICE

I, Megan C. Duffy, associated with Davis Wright Tremaine, attorneys for

Defendant NBC Universal, Inc., certify:

I am over eighteen (18) years of age.  On this February 1, 2008 I caused to be served

by HAND a true and correct copy of FULL LENGTH DVD OF THE FILM

AMERICAN GANGSTER and DVD OF EXCERPTS FROM THE FILM AMERICAN

GANGSTER, Exhibits B and C respectively to the Affidavit of Andrew J. Thomas that was filed

electronically, on :

> Dominic F. Amorosa
> 521 Fifth Avenue, Suite 3300
> New York, New York 10175-3399
> lawoffices@dfamorosa.com
> (212) 406-7000
>
> Carey & Associates LLC
> 521 Fifth Avenue, Suite 3300
> New York, New York 10175-3399
> mqc@CareyLitigation.com
> (212) 758-0076
>
> *Attorneys for Plaintiffs*

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____
Megan C. Duffy

Sworn to before me this
1st day of February, 2008

_____
Notary Public

AMALIA M. KAPITANELIS
Notary Public, State of New York
No. 01KA4621757
Qualified in New York County
Term Expires September 7, 2010