UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

Louis Diaz, Gregory Korniloff and
Jack Toal, on behalf of themselves
and as representatives of the Class,

                            Plaintiffs,

              v.

NBC Universal, Inc.

                          Defendant.

-------------------------------------------------------------

Civil Action No. 08-CV-00401 (CM)

*Electronically Filed*

## **CERTIFICATE OF SERVICE**

        I, MEGAN DUFFY, associated with Davis Wright Tremaine LLP, attorneys for Defendant, NBC Universal, Inc. certify:

    I am over eighteen (18) years of age.  On this 1st day of February, 2008, I caused to be served copies of Defendant's NOTICE OF MOTION TO DISMISS COMPLAINT, MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT AND IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR INJUNCITIVE RELIEF, AFFIDAVIT OF ANDREW J. THOMAS, AFFIDAVIT OF JOHN LEDWITH, AFFIDAVIT OF GABRIELA GARCIA, AFFIDAVIT JOHN MORICI and RULE 7.1 STATEMENT on the following individuals in the manner indicated below:

    BY ECF:

    Dominic F. Amorosa
    521 Fifth Avenue, Suite 3300
    New York, New York 10175-3399
    lawoffices@dfamorosa.com
    (212) 406-7000

Carey & Associates LLC
521 Fifth Avenue, Suite 3300
New York, New York 10175-3399
mqc@CareyLitigation.com
(212) 758-0076

*Attorneys for Plaintiffs*

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Megan C. Duffy

Sworn to before me this
1st day of February, 2008

Notary Public

AMALIA M. KAPITANELIS
Notary Public, State of New York
No. 01KA4621757
Qualified in New York County
Term Expires September 7, 2010