UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
Louis Diaz, Gregory Korniloff, and  :
Jack Toal, on their own behalf and  :
as representatives of the Class,    :
                                    :   Civil Action No. 08-cv-00401 (CM)
            Plaintiffs,             :
                                    :
            v.                      :
                                    :
NBC Universal, Inc.                 :
                                    :
            Defendant.              :
------------------------------------x
```

**AFFIDAVIT OF JACK TOAL**

1

Jack Toal, having been duly sworn, deposes and says:

1. I am a member of the proposed class in this case and am also a named Plaintiff. On January 18, 2008 I signed an affidavit in this case dealing with my employment with the New York City Branch of the United States Drug Enforcement Administration that is also known as the New York City Drug Enforcement Agency ("DEA"). I was employed with DEA as a Special Agent from 1969 to 1996. I was employed at New York City's DEA Office from 1969 to 1982.

2. In 1975, when Frank Lucas was arrested, DEA had approximately 2,135 agents located throughout the United States and the world of which there were approximately 233 agents in the New York City Office. There were then 13 Regional Offices of DEA in the United States of which the New York Office was one. DEA had its headquarters in Washington DC. The 13 Regional Offices were located in Boston, New York City, Philadelphia, Baltimore, Miami, New Orleans, Chicago, Los Angeles, Dallas, Kansas City, Detroit, Denver, and Seattle.

3. From 1973 through 1985, I estimate that DEA employed worldwide at one time or another approximately an average of 2000 agents.

4. During the search of Lucas' house on January 28, 1975 there were approximately 9 DEA agents present from New York City's DEA Office and approximately 6 officers of the New York Police Department.

5. The information provided herein is based upon my own personal knowledge, information I have received from official publications of DEA and from other public documents. Since my retirement from DEA in 1996, I have been in direct communication with the Agency in one respect or another continuously including visiting DEA Headquarters and field offices. I have read many of the Agency press releases and followed its progress very closely.

_____*Jack H. Toal*_____x

Jack Toal

Sworn to before me this 6th day of February, 2008.



Lena Tranfa
My Commission DD560603
Expires January 19, 2009