UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------ x

Louis Diaz, Gregory Korniloff and Jack Toal, : 
on behalf of themselves and as representatives : Civil Action No. 08-CV-00401 (CM)
of the Class, :
: *Electronically Filed*
           Plaintiffs, :
:
    v. :
:
NBC Universal, Inc., :
:
           Defendant. :
------------------------------------------------------------ x

## NOTICE OF MOTION OF NBC UNIVERSAL, INC. FOR THE ADMISSION OF KELLI SAGER AND ANDREW J. THOMAS *PRO HAC VICE*

PLEASE TAKE NOTICE that on a date and time to be set by this Court, defendant NBC Universal, Inc. ("Universal") will apply to the Honorable Colleen McMahon, U.S. District Court Judge, at the United States District Court for the Southern District of New York, for an order granting leave for Kelli Sager and Andrew J. Thomas to appear as its counsel in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that, in support of its motion, Universal relies on the affirmation of Deborah A. Adler and affidavits of Kelli Sager and Andrew J. Thomas, which are submitted herewith, but that no brief is submitted because this motion is addressed to the discretion of the Court pursuant to Local Rule 1.3(c).

PLEASE TAKE FURTHER NOTICE that a proposed form of order granting the requested relief is submitted herewith.

NYC 192868v1 0020040-000004

Dated: New York, New York
       February 6, 2008

                                      DAVIS WRIGHT TREMAINE LLP

                                  By:   /s/ Deborah A. Adler
                                        Deborah A. Adler (DA 0909)

                                  1633 Broadway
                                  New York, New York 10019
                                  Telephone: (212) 489-8230
                                  Fax: (212) 489-8340

                                  Attorneys for Defendant NBC Universal, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------- x
Louis Diaz, Gregory Korniloff and : 
Jack Toal, on behalf of themselves : Civil Action No. 08-CV-00401 (CM)
and as representatives of the Class, :
: *Electronically Filed*
Plaintiffs, :
:
vs. :
:
NBC Universal, Inc., :
:
Defendant. :
------------------------------------------------- x

### AFFIRMATION OF DEBORAH A. ADLER IN SUPPORT OF NBC UNIVERSAL, INC.'S MOTION FOR ADMISSION OF KELLI SAGER AND ANDREW J. THOMAS *PRO HAC VICE*

DEBORAH A. ADLER, an attorney duly admitted to practice before this Court, affirms under penalty of perjury:

1. I am an associate in the firm of Davis Wright Tremaine, LLP, which has been engaged to appear as counsel of record for defendant NBC Universal, Inc. ("Universal"). I have been a member in good standing of the Bar of the State of New York since October 2006, and was admitted to practice before this Court on December 5, 2006.

2. My firm has been retained by Universal to act as its counsel. Both Kelli L. Sager and Andrew J. Thomas of Davis Wright Tremaine's Los Angeles office have advised and represented Universal for several years on numerous matters and are highly familiar with the facts and circumstances of this particular case.

3. Ms. Sager is of sufficiently good character and competence to warrant admission to appear in this Court. As set forth in her accompanying affidavit, Ms. Sager has been a

member in good standing of the Bar of the State of California since 1985. There are no pending disciplinary proceedings against her in any State or Federal court.

4. In view of the qualifications, special expertise and other matters stated in Ms. Sager's affidavit, I believe that her admission to this Court *pro hac vice* would promote the just, speedy, efficient and fair determination of this action.

5. Mr. Thomas is of is of sufficiently good character and competence to warrant admission to appear in this Court. As set forth in his accompanying affidavit, Mr. Thomas has been a member in good standing of the Bar of the State of California since 1992. There are no pending disciplinary proceedings against him in any State or Federal court.

6. In view of the qualifications, special expertise and other matters stated in Mr. Thomas' affidavit, I believe that his admission to this Court *pro hac vice* would promote the just, speedy, efficient and fair determination of this action.

7. I believe no brief is necessary because this application is addressed to the discretion of the Court pursuant to Local Rule 1.3(c) and raises no issues of law.

I affirm under penalty of perjury that the foregoing is true and correct. Executed this 6th day of February, 2008.

                                                        Deborah A. Adler (DA 0909)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
----------------------------------------------------- x
Louis Diaz, Gregory Korniloff and
Jack Toal, on behalf of themselves : Civil Action No. 08-CV-00401 (CM)
and as representatives of the Class,
: *Electronically Filed*
              Plaintiffs,
: **AFFIDAVIT OF ANDREW J. THOMAS IN**
vs. : **SUPPORT OF NBC UNIVERSAL, INC.'S**
: **MOTION TO ADMIT COUNSEL**
NBC Universal, Inc., : ***PRO HAC VICE***

              Defendant.
----------------------------------------------------- x

STATE OF CALIFORNIA   )
                                  : ss.:
COUNTY OF LOS ANGELES)

      Andrew J. Thomas, being duly sworn, deposes and says:

      1.    I am a partner with the law firm of Davis Wright Tremaine LLP.

      2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

      3.    As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

      4.    There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affaint respectfully submits that he be permitted to appear as Defendant's counsel and advocate *pro hac vice* in this one case.

Andrew J. Thomas
Davis Wright Tremaine LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
ajthomas@dwt.com
(213) 633-6800

Sworn to before me on this 5th day of February 2008:

_____
Notary Public

SABRINA S. SCOTT
COMM. # 1783982
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. DEC. 27, 2011

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639         TELEPHONE: 888-800-3400

January 31, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANDREW JACKSON THOMAS, #159533 was admitted to the practice of law in this state by the Supreme Court of California on June 25, 1992; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Kath Lambert*
Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------------- x
Louis Diaz, Gregory Korniloff and Jack Toal,             :
on behalf of themselves and as representatives     :     Civil Action No. 08-CV-00401 (CM)
of the Class,                                                              :
                                                                                  :
                              Plaintiffs,                                  :     **ORDER**
                                                                                  :     *__PRO HAC VICE__*
              v.                                                               :
                                                                                  :
NBC Universal, Inc.,                                               :
                                                                                  :
                              Defendant.                              :
-------------------------------------------------------------- x

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Andrew J. Thomas, is permitted to argue or try this particular case in whole or in part as Defendant's counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as Defendant's counsel in this case, and it will be entered on this Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:         New York, New York
                       _____, 2008

                                                            SO ORDERED:


                                                            _____
                                                            United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------- x
Louis Diaz, Gregory Korniloff and  :
Jack Toal, on behalf of themselves  :  Civil Action No. 08-CV-00401 (CM)
and as representatives of the Class,  :
                                                          :  *Electronically Filed*
                         Plaintiffs,  :
                                                        :  **AFFIDAVIT OF KELLI L. SAGER IN**
vs.  :  **SUPPORT OF NBC UNIVERSAL, INC.'S**
                                                            :  **MOTION TO ADMIT COUNSEL**
NBC Universal, Inc.,  :  ***PRO HAC VICE***
                                                            :
                         Defendant.  :
------------------------------------------------- x

STATE OF CALIFORNIA     )
                               : ss.:
COUNTY OF LOS ANGELES)

    Kelli L. Sager, being duly sworn, deposes and says:

    1.    I am a partner with the law firm of Davis Wright Tremaine LLP.

    2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

    3.    As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

    4.    There are no pending disciplinary proceedings against me in any State or Federal court.

    5.    Wherefore your affaint respectfully submits that she be permitted to appear as Defendant's counsel and advocate *pro hac vice* in this one case.

_Kelli L. Sager_
Kelli L. Sager
Davis Wright Tremaine LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
kellisager@dwt.com
(213) 633-6800

Sworn to before me on
this 5th day of February 2008:

_Sabrina S. Scott_
Notary Public

SABRINA S. SCOTT
COMM. # 1783982
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. DEC. 27, 2011

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

January 31, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KELLI LEE SAGER, #120162 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 1985; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------- x
Louis Diaz, Gregory Korniloff and Jack Toal,    :
on behalf of themselves and as representatives  :   Civil Action No. 08-CV-00401 (CM)
of the Class,                                   :
                                                :
                Plaintiffs,          :   **ADMISSION TO PRACTICE**
                                                :   ***PRO HAC VICE***
    v.                                        :
                                                :
NBC Universal, Inc.,                            :
                                                :
                Defendant.           :
------------------------------------------------------------- x

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Kelli Sager, is permitted to argue or try this particular case in whole or in part as Defendant's counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as Defendant's counsel in this case, and it will be entered on this Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:      New York, New York
              _____, 2008

                                      SO ORDERED:

                                      _____
                                      United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
Louis Diaz, Gregory Korniloff and
Jack Toal, on behalf of themselves     :     Civil Action No. 08-CV-00401 (CM)
and as representatives of the Class,   :
                                       :     *Electronically Filed*
                Plaintiffs,       :
                                       :
       v.                              :
                                       :
NBC Universal, Inc.                    :
                                       x
                Defendant.
-------------------------------------------------------------

## **CERTIFICATE OF SERVICE**

      I, MEGAN DUFFY, associated with Davis Wright Tremaine LLP, attorneys for Defendant, NBC Universal, Inc. certify:

      I am over eighteen (18) years of age. On this 6th day of February, 2008, I caused to be served copies of NOTICE OF MOTION OF NBC UNIVERSAL, INC. FOR THE ADMISSION OF KELLI L. SAGER AND ANDREW J. THOMAS *PRO HAC VICE,* AFFIRMATION OF DEBORAH A. ADLER IN SUPPORT OF NBC UNIVERSAL, INC.'S MOTION FOR ADMISSION OF KELLI L. SAGER AND ANDREW J. THOMAS *PRO HAC VICE,* AFFIDAVIT OF ANDREW J. THOMAS IN SUPPORT OF NBC UNIVERSAL, INC.'S MOTION TO ADMIT COUNSEL *PRO HAC VICE* and AFFIDAVIT OF KELLI L. SAGER IN SUPPORT OF NBC UNIVERSAL, INC.'S MOTION TO ADMIT COUNSEL *PRO HAC VICE* on the following individuals in the manner indicated below:

BY Email and U.S. Mail:

Dominic F. Amorosa
521 Fifth Avenue, Suite 3300
New York, New York 10175-3399
lawoffices@dfamorosa.com
(212) 406-7000

Carey & Associates LLC
521 Fifth Avenue, Suite 3300
New York, New York 10175-3399
mqc@CareyLitigation.com
(212) 758-0076

*Attorneys for Plaintiffs*

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____
Megan C. Duffy

Sworn to before me this
6th day of February, 2008

_____
Notary Public

AMALIA M. KAPITANELIS
Notary Public, State of New York
No. 01KA4621757
Qualified in New York County
Term Expires September 7, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
Louis Diaz, Gregory Korniloff and
Jack Toal, on behalf of themselves :  Civil Action No. 08-CV-00401 (CM)
and as representatives of the Class, :
: *Electronically Filed*
     Plaintiffs, :
:
  v. :
:
NBC Universal, Inc. :
            x
     Defendant.
-------------------------------------------------------------

## **CERTIFICATE OF SERVICE**

  I, MEGAN DUFFY, associated with Davis Wright Tremaine LLP, attorneys for Defendant, NBC Universal, Inc. certify:

  I am over eighteen (18) years of age. On this 6th day of February, 2008, I caused to be served copies of NOTICE OF MOTION OF NBC UNIVERSAL, INC. FOR THE ADMISSION OF KELLI L. SAGER AND ANDREW J. THOMAS *PRO HAC VICE*, AFFIRMATION OF DEBORAH A. ADLER IN SUPPORT OF NBC UNIVERSAL, INC.'S MOTION FOR ADMISSION OF KELLI L. SAGER AND ANDREW J. THOMAS *PRO HAC VICE*, AFFIDAVIT OF ANDREW J. THOMAS IN SUPPORT OF NBC UNIVERSAL, INC.'S MOTION TO ADMIT COUNSEL *PRO HAC VICE* and AFFIDAVIT OF KELLI L. SAGER IN SUPPORT OF NBC UNIVERSAL, INC.'S MOTION TO ADMIT COUNSEL *PRO HAC VICE* on the following individuals in the manner indicated below:

BY Email and U.S. Mail:

Dominic F. Amorosa
521 Fifth Avenue, Suite 3300
New York, New York 10175-3399
lawoffices@dfamorosa.com
(212) 406-7000

Carey & Associates LLC
521 Fifth Avenue, Suite 3300
New York, New York 10175-3399
mqc@CareyLitigation.com
(212) 758-0076

*Attorneys for Plaintiffs*

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____
Megan C. Duffy

Sworn to before me this
6th day of February, 2008

_____
Notary Public

AMALIA M. KAPITANELIS
Notary Public, State of New York
No. 01KA4621757
Qualified in New York County
Term Expires September 7, 2010