```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------- x
Louis Diaz, Gregory Korniloff and Jack Toal,    :
on behalf of themselves and as representatives  :    Civil Action No. 08-CV-00401 (CM)
of the Class,                                   :
                                                :
                    Plaintiffs,                 :    **ADMISSION TO PRACTICE**
                                                :    *PRO HAC VICE*
        v.                                      :
                                                :
NBC Universal, Inc.,                            :
                                                :
                    Defendant.                  :
-------------------------------------------------- x

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Kelli Sager, is permitted to argue or try this particular case in whole or in part as Defendant's counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as Defendant's counsel in this case, and it will be entered on this Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:    New York, New York
          February 14th, 2008

                                            SO ORDERED:

                                            _____
                                            United States District Judge

NYC 192926v1 0020040-000004