```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
----------------------------------------- x
Louis Diaz, Gregory Korniloff and Jack Toal, :
on behalf of themselves and as representatives :
of the Class,                                  :
                                               :
                          Plaintiffs,          :
                                               :
         v.                                    :
                                               :
NBC Universal, Inc.,                           :
                                               :
                          Defendant.           :
----------------------------------------- x

Civil Action No. 08-CV-00401 (CM)

**ADMISSION TO PRACTICE**
*PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Andrew J. Thomas, is permitted to argue or try this particular case in whole or in part as Defendant's counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as Defendant's counsel in this case, and it will be entered on this Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:      New York, New York
            February 14th, 2008

                                             SO ORDERED:

                                             _____
                                             United States District Judge