FILE COPY

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
Louis Diaz, Gregory Korniloff, and  :
Jack Toal, on their own behalf and  :
as representatives of the Class,    :
                                    :   Civil Action No. 08-cv-00401(CM)
        Plaintiffs,                 :
                                    :
        v.                          :   Notice of Appeal
                                    :
NBC Universal, Inc.,                :
                                    :
        Defendant.                  :
------------------------------------x

FILED U.S. DC
MAR 10 2008
S.D. OF N.Y.

Notice is hereby given that Louis Diaz, Gregory Korniloff, and Jack Toal, plaintiffs in the above captioned case, appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order granting defendant's motion to dismiss the complaint and denying plaintiffs' application for injunctive relief, entered in this action on February 14, 2008.

Dated: New York, New York
       March 10, 2008

Respectfully submitted,

_____
DOMINIC F. AMOROSA
521 Fifth Avenue, Suite 3300
New York, NY 10175-3399
lawoffices@dfamorosa.com
Tel.: 212-406-7000

CAREY & ASSOCIATES LLC

By: _____
    Michael Q. Carey
521 Fifth Avenue, Suite 3300
New York, NY 10175-3399
mqc@CareyLitigation.com
Tel.: 212-758-0076

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
Louis Diaz, Gregory Korniloff, and  :
Jack Toal, on their own behalf and  :
as representatives of the Class,    :
                                    :   Civil Action No. 08-cv-00401(CM)
            Plaintiffs,             :
        v.                          :
                                    :
NBC Universal, Inc.                 :
            Defendant.              :
------------------------------------x

AFFIDAVIT OF SERVICE

State of New York      )
County of New York     ) ss.:

Michael Q. Carey, being duly sworn, deposes and says:

    1.   I am not a party to the action, am over the age of eighteen and reside in New York County.

    2.   On March 10, 2008, I served by e-mail a Notice of Appeal, dated March 10, 2008, upon the named counsel for defendant, at the following e-mail address:

    Robert Balin, Esq.: Robbalin@DWT.com, and
    Kelli Sager, Esq.: kellisager@dwt.com.

- 1 -

Dated: March 10, 2008

                                Michael Q. CAREY
                                CAREY & ASSOCIATES LLC
                                521 Fifth Avenue, Suite 3300
                                New York, NY 10175
                                Tel: 212-758-0076
                                mqc@CareyLitigation.com

                                Attorneys for Plaintiffs

Sworn to before me this 10th
day of March 2008

_____
        NOTARY PUBLIC

        MARY ANN CRISALLI
NOTARY PUBLIC, State of New York
        No. 24-4905366
    Qualified in Kings County
Commission Expires September 24, 2009

- 2 -