# United States District Court for
# the Southern District of New York

----------------------------------------------

Diaz, et al

-v-

NBC Universal,

----------------------------------------------

Document# **31**

U.S.C.A. # 08-1190-cv

U.S.D.C. # 08-cv-401

D.C. JUDGE: CM

Date: 3/27/08



MAR 27 2008

## Notice to The Docket Clerk

(_____) Original Record             (_1st_) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the
Second Circuit on the __27__ Day of __MARCH__, 2008.

United States District Court for
the Southern District of New York

Date **3/27/08**

------------------------------------------------

**DIAZ, et al**

-V-

**NBC UNIVERSAL**

------------------------------------------------

U.S.C.A.# **08-1190-cv**

U.S.D.C.# **08-cv-401**

D.C. Judge. **CM**

**1st** Supplemental Index To The Record On Appeal

Prepared by (Name): **GISELA CAREY**
Firms Name: **CAREY + ASSOCIATES LLC**
Firms Address: **521 FIFTH AVENUE, SUITE 3300**
City, State & Zip: **NEW YORK, NY 10175**
Firms Phone#: **(212) 258 0076**

District Court Docket Entries
Document Description                                Doc.#

1) Supplemental Clerk's Certificate _____ **0**

2) **COMPLAINT** _____ **1**

3) **TRANSCRIPT** _____ **25**

4) _____ _____

5) _____ _____

6) _____ _____

7) _____ _____

8) _____ _____

9) _____ _____

10) _____ _____

**United States District Court for
the Southern District of New York**

Date _3/27/08_

------------------------------------------------

U.S.C.A. # _08-1190-cv_

_Diaz, et al_

U.S.D.C. # _08-cv-401_

-v-

D.C. JUDGE _CM_

_NBC Universal_

------------------------------------------------

# _/s/_ Supplemental Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered ____ Through __, inclusive, constitute the Supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this _27th_ Day of _MAR_ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
    Deputy Clerk

United States District Court for
the Southern District of New York

Date: 3/27/08

Diaz, et al

-v-

NBC Universal

U.S.C.A. # 08-1190-cv

U.S.D.C. # 08-cv-401

D.C. Judge: CM

## Extract Of Docket Entries

| Date | Document Description |
|---|---|
| 01-16-2008 | COMPLAINT |
| 02-14-2008 | TRANSCRIPT |

J. Michael McMahon, Clerk

BY: _____
Deputy Clerk